Gregory A. Nahas, Esq.
Attorney
GNahas@liakaslaw.com
P: (212) 937-7765 ext. 235
F: (877) 380-9432

LIAKAS LAW P.C.

Liakaslaw.com
40 Wall Street
50th Floor
New York, NY 10005

New Jersey Office
576 Main Street
Suite C
Chatham, NJ 07928

July 29, 2026

SO ORDERED

The conference scheduled for September 2, 2026 is adjourned to September 22, 2026 at 10:00 a.m.

JUL 30 2026

George B. Daniels

GEORGE B. DANIELS

Hon. George B. Daniels, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
United States District Court
Southern District of New York
500 Pearl St., Courtroom 11A
New York, NY 10007-1312

Re: **Rodriguez v. DD&L Transportation LLC, et al.**
**Case No. 1:26-cv-03364-GBD**

**Joint Letter Motion to Reschedule September 2, 2026 Conference**

To the Honorable Court:

This office represents the Plaintiff in the above captioned action. Counsel for Plaintiff and Defendants have conferred with regard to this communication and submit the within Letter Motion jointly, as per the Court's instructions.

On July 29, 2026, the undersigned received a call from Your Honor's part advising that the Status Conference currently scheduled for September 2, 2026 at 10:00 a.m., *see*, ECF No. 11, paragraph 10, was being rescheduled by the Court. The parties were directed to confer and file a Joint Letter Motion to reschedule the Conference for the week after the Labor Day holiday.

The parties have conferred and are available for the Status Conference on September 18, 2026, or a date and time of the Court's convenience.

We thank the Court for its consideration of this matter.

Respectfully submitted,
/s/ *Gregory A. Nahas*
Gregory A. Nahas, Esq.
40 Wall Street, 50th Floor
New York, New York 10005
(212) 937-7765
*Attorneys for Plaintiff*

To: All appearing parties via ECF